[No. 37538-5-I.  Division One.  March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH GOLDEN HARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-02198-7, William L. Downing, J., entered September 18, 1995. *Dismissed* by unpublished per curiam opinion.


[No. 37559-8-I.  Division One.  March 24, 1997.]

WALTER NORTH, JR., *Appellant*, v. THE CITY OF SEATTLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-07932-8, Liem E. Tuai, J., entered September 26, 1995. *Affirmed* by unpublished per curiam opinion.


[No. 37647-1-I.  Division One.  March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SEMERE GEBRE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-04185-6, J. Kathleen Learned, J., entered November 6, 1995. *Affirmed* by unpublished per curiam opinion.


[No. 37681-1-I.  Division One.  March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-00664-3, JoAnne Alumbaugh, J., entered October 23, 1995. *Affirmed* by unpublished per curiam opinion.